UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

ISAAC RIGGS,

        Plaintiff,

vs.

R.T.C. GROUNDS, et. al.,

        Defendants.

No. C 13-5864 PJH (PR)

**ORDER FOR SUPPLEMENTAL BRIEFING**

Plaintiff, a state prisoner, proceeds with a pro se civil rights complaint under 42 U.S.C. § 1983. Plaintiff alleges that he was subject to excessive force during an incident that resulted in him being found guilty at a disciplinary hearing of assault on a peace officer and assessed a loss of time credits. Defendants have filed a motion to dismiss on the ground that plaintiff's claim is barred by the favorable termination rule in *Heck v. Humphrey*, 512 U.S. 477 (1994) and *Edwards v. Balisok*, 520 U.S. 641, 644 (1997).

While plaintiff does not appear to be serving a life sentence, he was sentenced to 119 years. Docket No. 32, Ex. B. Several courts have held that a loss of credits for a life-term prisoner will have no effect on the maximum sentence and therefore civil rights claims were not barred by *Heck* and *Edwards*. *See*, *e.g. Roman v. Knowles*, Case No. 07-cv-1343-JLS, 2011 WL 3741012 (S.D. Cal. June 20, 2011); *Vandervall v. Feltner*, Case No. CIV-S-09-1576 DAD, 2010 WL 2843425 (E.D. Cal. July 19. 2010).

By **December 22, 2014**, both parties shall file simultaneous briefing regarding the effect of plaintiff's loss of credits and if it will have an effect on plaintiff's sentence with respect to *Heck* and *Edwards.*

**IT IS SO ORDERED.**

Dated: November 18, 2014.

_____
PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.13\Riggs5864.ord2.wpd