UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ISAAC RIGGS, | No. 13-cv-05864 PJH (NJV) |
| Plaintiff, | ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| R. T. C. GROUNDS, et al, | |
| Defendants. | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of ISSAC RIGGS, inmate no. E26630, presently in custody at Salinas Valley State Prison, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: January 28, 2016

_____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: Warden, Salinas Valley State Prison

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of ISSAC RIGGS, inmate no. E26630, in your custody in the hereinabove-mentioned institution, before the United States District Court at Solano State Prison, at 1:00 p.m. on March 10, 2016, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of Riggs v. Grounds, and at the termination of said

**United States District Court**
For the Northern District of California

1  hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the
2  above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further
3  to produce said prisoner at all times necessary until the termination of the proceedings for which his
4  testimony is required in this Court;

5  Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court
6  for the Northern District of California.

8  Dated: January 28, 2016

SUSAN Y. SOONG
CLERK, UNITED STATES DISTRICT COURT

By: Linn Van Meter
    Administrative Law Clerk

Dated: January 28, 2016



NANDOR J. VADAS
United States Magistrate Judge