United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

ISAAC RIGGS,

    Plaintiff,

  v.

R.T.C. GROUNDS, et al.,

    Defendants.

Case No.  13-cv-05864-PJH   (NJV)

**ORDER RE ATTENDANCE OF CDCR REPRESENTATIVE**

Re: Dkt. No. 71

The court has been informed that this case is included within the Attorney General's pilot program. Accordingly, the requirement that a representative of CDCR attend the meeting with Plaintiff before the settlement conference and the settlement conference itself is HEREBY VACATED.

**IT IS SO ORDERED**.

Dated: February 23, 2016

NANDOR J. VADAS
United States Magistrate Judge