UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ISAAC RIGGS,<br><br>    Plaintiff,<br><br>v.<br><br>R.T.C. GROUNDS, et al.,<br><br>    Defendants. | Case No.  13-cv-05864-PJH   (NJV)<br><br>**ORDER RETURING CASE TO DISTRICT JUDGE BECAUSE OF PLAINTIFF'S REFUSAL TO PARTICIPATE IN SETTLEMENT CONFERENCE** |

On November 19, 2015, Chief Judge Hamilton referred this case to the undersigned for a settlement conference. (Doc. 68.)  On January 28, 2016, the undersigned entered an order setting a settlement conference for March 10, 2016, at Solano State Prison. (Doc. 71.)  The undersigned issued a writ of habeas corpus ad testificandum requiring the Warden of Salinas Valley State Prison to produce Plaintiff at Solano State Prison on March 10, 2016, for the settlement conference.  (Doc. 72.)

On March 3, 2016, the court was informed by the administration at Salinas Valley State Prison that Plaintiff refused to board the bus to be transported to Solano State Prison for the settlement conference.  By refusing to be transported to Solano State Prison, Plaintiff has prevented the scheduled settlement conference from occurring.  The undersigned therefore respectfully returns the case to Chief Judge Hamilton, based on Plaintiff's refusal to participate in the ordered settlement conference.

**IT IS SO ORDERED**.

Dated: March 4, 2016

_____
NANDOR J. VADAS
United States Magistrate Judge