United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

ISAAC RIGGS,

    Plaintiff,

v.

R.T.C. GROUNDS, et al.,

    Defendants.

Case No. 13-cv-05864-PJH (NJV)

**ORDER VACATING SETTLEMENT CONFERENCE AND WRIT OF HABEAS CORPUS**

Re: Dkt. Nos. 71, , 72

Due to Plaintiff's reported refusal to be transported to Solano State Prison for the settlement conference set for March 10, 2016, the settlement conference and related writ of habeas corpus ad testificandum are HEREBY VACATED.

**IT IS SO ORDERED**.

Dated: March 8, 2016

NANDOR J. VADAS
United States Magistrate Judge