UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

ISAAC RIGGS,

          Plaintiff,

    v.

R.T.C. GROUNDS, et al.,

          Defendants.

Case No.  13-cv-05864-PJH   (NJV)

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum

for the person of ISSAC RIGGS, inmate no. E26630, presently in custody at Salinas Valley State

Prison, as the presence of said witness will be necessary at proceedings in the above-entitled cause

and thereafter as may be required

Dated:  April 11, 2016

_____

NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: Warden, Salinas Valley State Prison

GREETINGS

WE COMMAND that you have and produce the body of ISSAC RIGGS, inmate no. E26630, in

your custody in the hereinabove-mentioned institution, before the United States District Court at

Solano State Prison, at 9:00 a.m. on August 15, 2016, in order that said prisoner may then and

there participate in the SETTLEMENT CONFERENCE in the matter of Riggs v. Grounds, and at

United States District Court
Northern District of California

United States District Court
Northern District of California

1   the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or

2   abide by such order of the above-entitled Court as shall thereafter be made concerning the custody

3   of said prisoner, and further to produce said prisoner at all times necessary until the termination of

4   the proceedings for which his testimony is required in this Court;

5       Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District

6   Court for the Northern District of California.

7

8   Dated: April 11, 2016                    SUSAN Y. SOONG
                                             CLERK, UNITED STATES DISTRICT COURT
9                                            By: Linn Van Meter
                                             Administrative Law Clerk
10

11

12

13  Dated: April 11, 2016                    _____
                                             NANDOR J. VADAS
14                                           United States

15                                                      

16

17

18

19

20

21

22

23

24

25

26

27

28

2