1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7   ISAAC RIGGS,                              Case No.  13-cv-05864-PJH   (NJV)

             Plaintiff,

8

    v.                                        **REPORT OF PRO SE PRISONER**
9                                             **EARLY SETTLEMENT PROCEEDING**

10  R.T.C. GROUNDS, et al.,

             Defendants.

11

12

13        A settlement conference was held on August 15, 2016 at Solano State Prison, and the

14  results of that proceeding are indicated below:

15        (1)  The following individuals, parties, and/or representatives participated in the

16             proceeding, and each possessed the requisite settlement authority:

17             ( X )  Plaintiff, Isaac Riggs Pro Se

18             (   )  Warden or warden's representative

19             ( X )  Office of the California Attorney General, Kyle Lewis

20             (   )  Other:

21        (2) The following individuals, parties, and/or representatives did not appear:

22        _____

23        (3)  The outcome of the proceeding was:

24             (   )  The case has been completely settled.  The parties agree that a proposed stipulated

25  order for dismissal of this case will be filed with the Court on _____.

26             (   )  The case has been partially resolved and counsel for defendants shall file a joint

27  stipulation regarding those claims which have been resolved.  The issues outlined on the sheet

28  attached remain for this Court to resolve.

United States District Court
Northern District of California

1       ( X )  The parties are unable to reach an agreement at this time but continue settlement

2  discussions.

3       **IT IS SO ORDERED.**

4  Dated:  9/6/2016

5                                                   _____

6                                                   NANDOR J. VADAS
                                                    United States Magistrate Judge

7

8

9

10

United States District Court
Northern District of California

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ISAAC RIGGS,

          Plaintiff,

    v.

R.T.C. GROUNDS, et al.,

          Defendants.

Case No.  13-cv-05864-PJH   (NJV)

**CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

      That on September 6, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Isaac  Riggs ID: E-26630
Salinas Valley State Prison C7/126
P.O. Box 1050
Soledad, CA 93960

Dated: September 6, 2016

Susan Y. Soong
Clerk, United States District Court

By._____
Gloria Knudson, Deputy Clerk to the
Honorable NANDOR J. VADAS

3