1  CARI A. COHORN (State Bar No. 249056)
   COHORN LAW
2  101 California Street, Suite 2710
   San Francisco, California 94111
3  Telephone: (415) 993-9005
   Fax:       (415) 365-9650
4  Email: cohorn@cohornlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ISAAC RIGGS, | Case No: 4:13-cv-05864-PJH |
| Plaintiff, | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |
| v. | |
| R.T.C. GROUNDS, *et. al.*, | Judge: Hon. Phyllis J. Hamilton |
| Defendants. | Complaint filed: December 18, 2013 |

This Stipulation is entered into by and between Plaintiff Isaac Riggs ("Plaintiff") and Defendant L. Cahlander ("Defendant"), collectively, the "Parties," by and through their respective counsel.

WHEREAS, by Order dated March 3, 2017 (ECF No. 100), the Court appointed Cari A. Cohorn to represent Plaintiff in this action;

COHORN LAW
101 California Street, Suite 2710
San Francisco, CA 94111
Telephone: (415) 993-9005

WHEREAS, by Order dated March 7, 2017 (ECF. No. 101), the Court set a Case Management Conference for April 20, 2017 and directed the parties to file a joint Case Management Statement (the "Statement") on or before April 13, 2014;

WHEREAS, promptly after her appointment, Plaintiff's counsel initiated the process of obtaining clearance to meet with Plaintiff, an inmate at Kern Valley State Prison;

WHEREAS, the clearance process has been completed, but due to pre-existing schedule conflicts, the earliest date on which Plaintiff's counsel can meet with Plaintiff is April 14, 2017, one day after the Parties' joint Statement is currently due;

WHEREAS, counsel for both Parties' agree that, in order to have a productive and meaningful discussion before filing the Statement, Plaintiff should meet with his counsel before counsel meet and confer;

WHEREAS, the Parties agree that a brief continuance of the Case Management Conference and a commensurate extension of time for filing the Statement will permit more efficient and effective case management, thereby conserving resources of the Parties, counsel, and the Court;

WHEREAS, there have been no previous time modifications with respect to the Case Management Conference. Previous time modifications in this case include: (1) a 60-day extension of time for Defendant to file a dispositive motion (*see* ECF No. 27, filed 6/25/14, and ECF No. 29, filed 7/8/14); (2) a 31-day extension of time for each Party to file briefs concerning the effect of Plaintiff's loss of good time credits on his sentence (*see* ECF No. 40, filed 12/5/14, and ECF No. 41, filed 12/9/14); and (3) a 45-day extension of time for Defendant to file an opposition to Plaintiff's motion to compel discovery responses (*see* ECF No. 60, filed 6/2/15, and ECF No. 61, filed 7/10/15); and

WHEREAS, because there are no other dates or deadlines currently on calendar in this action, the requested modification will not impact the schedule for further handling of this case.

NOW, THEREFORE, pursuant to Civil Local Rules 6-2 and 7-12, the Parties hereby stipulate and agree as follows:

<mark>COHORN LAW
101 California Street, Suite 2710
San Francisco, CA 94111
Telephone: (415) 993-9005</mark>

1. The April 20, 2017 Case Management Conference shall be taken off calendar and rescheduled for May 4, 2017, or the earliest date thereafter convenient to the Court.
2. The deadline to file the Statement shall be continued to 7 calendar days before the date set for the Case Management Conference.

**IT IS SO STIPULATED.**

Dated: April 10, 2017					COHORN LAW

							By	/s/ *Cari A. Cohorn*

							Cari A. Cohorn
							Attorneys for Plaintiff Isaac Riggs

Dated: April 10, 2017					XAVIER BECERRA
							ATTORNEY GENERAL OF CALIFORNIA

							By	/s/ *Kyle A. Lewis*

							Kyle A. Lewis
							Deputy Attorney General
							Attorneys for Defendant L. Cahlander

**PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED.**
Case management conference continued to May 18, 2017 at 02:00 p.m.

Dated: April 10, 2017

						_____
						The Honorable Phyllis J. Hamilton

*IT IS SO ORDERED — Judge Phyllis J. Hamilton — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*

Attestation Per Local Rule 5-1(i)(3):

I, Cari A. Cohorn, attest that that concurrence in the filing of this document has been obtained from each of the other Signatories.

Dated: April 7, 2017

						By	/s/ *Cari A. Cohorn*
							Cari A. Cohorn

<mark>3
**STIPULATION TO CONTINUE CMC; [PROPOSED] ORDER – Case No. 4:13-CV-05864-PJH**</mark>